1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
3  P.O. Box 4476
   Sunriver, OR  97707
4  Telephone:     541-419-0074
   Fax:           541-593-4452
5  Email:         jaf@forslundlaw.com
6
7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHA THAO MOUA, ) | Case No. 1:17-CV-01223-EPG |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days from May 7 to June 6, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has several Briefs due during the same week.

1

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 19, 2018
JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: April 19, 2018
MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
\*By email authorization

Attorney for Defendant

## ORDER

Based on the above stipulation, and good cause appearing, Plaintiff's time to file her Opening Brief is extended to June 6, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: **April 20, 2018**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE