JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHA THAO MOUA, | ) | Case No.  1:17-CV-01223-EPG |
| | ) | |
| Plaintiff | ) | **STIPULATION FOR EXTENSION** |
| | ) | **OF TIME TO FILE PLAINTIFF'S** |
| v. | ) | **OPENING BRIEF; ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days from June 6 to June 13, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel has not had time to adequately review the case and requires a few more days.

1

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 5, 2018						JACQUELINE A. FORSLUND
								Attorney at Law


								*/s/Jacqueline A. Forslund*
								JACQUELINE A. FORSLUND

								Attorney for Plaintiff


Date:  June 5, 2018						MCGREGOR W. SCOTT
								United States Attorney
								DEBORAH STACHEL
								Regional Chief Counsel, Region IX
								Social Security Administration

								*/s/Michael K. Marriott*
								MICHAEL K. MARRIOTT
								Special Assistant United States Attorney
								*By email authorization

								Attorney for Defendant

# ORDER

Based on the above stipulation of the parties, and good cause appearing, the time for Plaintiff to file an opening brief shall be extended by seven days. Plaintiff shall file her opening brief by no later than June 13, 2018. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **June 6, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE