MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHA THAO MOUA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:17-cv-01223-EPG<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because a very heavy workload, especially as a result of a lengthy seventeen day vacation to Taiwan.

1

The new due date for Defendant's responsive brief will be Monday, August 13, 2018.

Respectfully submitted,

Date: *July 13, 2018*    FORSLUND LAW LLC

By:    */s/ Jacqueline Forslund\**
JACQUELINE FORSLUND
*\* By email authorization on July 12, 2018*
Attorney for Plaintiff

Date: *July 13, 2018*    MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

# **ORDER**

Based on the above stipulation, and good cause appearing, Defendant shall have an extension of time of thirty (30) days to file her responsive brief. Defendant shall file her responsive brief by no later than August 13, 2018. All other dates in the Court's Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: __**July 16, 2018**__                     /s/ Erin P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE