MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHA THAO MOUA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:17-cv-01223-EPG<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 10 days to file her responsive brief. Defendant respectfully requests this extension of time because of a very heavy workload, including three other district court briefs due this week, and a recently completed district court hearing that required a significant amount of preparation time.

1

The new due date for Defendant's responsive brief will be Thursday, August 23, 2018.

Respectfully submitted,

Date: _August 13, 2018_     FORSLUND LAW LLC

By:  _/s/ Jacqueline Forslund*_
JACQUELINE FORSLUND
*\* By email authorization on August 13, 2018*
Attorney for Plaintiff

Date: _August 13, 2018_     MCGREGOR W. SCOTT
United States Attorney

By:  _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

Based on the above stipulation of the parties, and good cause appearing, Defendant shall have a second extension of time of 10 days to file her responsive brief. Defendant shall file her responsive brief no later than August 24, 2018. All other dates in the Court Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **August 14, 2018**  /s/ *Eric P. Grosj*
UNITED STATES MAGISTRATE JUDGE