1   MCGREGOR W. SCOTT
    United States Attorney
2   DEBORAH LEE STACHEL
3   Regional Chief Counsel, Region IX
    Social Security Administration
4   MICHAEL K. MARRIOTT, CSBN 280890
    Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (415) 977-8985
7          Facsimile: (415) 744-0134
           E-Mail: Michael.Marriott@ssa.gov
8
9    Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                  FRESNO DIVISION
13
14   CHA THAO MOUA,                    )  Civil No. 1:17-cv-01223-EPG
                                       )
15       Plaintiff,                    )  **STIPULATION AND PROPOSED ORDER**
                                       )  **FOR A THIRD EXTENSION OF TIME**
16       v.                            )  **FOR DEFENDANT TO FILE HER BRIEF**
                                       )
17   NANCY A. BERRYHILL,               )
18   Acting Commissioner of Social Security,  )
                                       )
19       Defendant.                    )
20   _____)

21

22       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

23   with the approval of the Court, that Defendant shall have a third extension of time of 10 days to

24   file her responsive brief.  A review of Plaintiff's brief and the Certified Administrative Record

25   indicates that voluntary remand may be appropriate in lieu of further litigation.  Defendant

26   therefore respectfully requests this additional time to potentially obtain remand authority.

27

28

                                1

1    The new due date for Defendant's responsive brief will be Tuesday, September 4, 2018

2    (with Monday being a federal holiday).

3

4                                                 Respectfully submitted,

5

6    Date: *August 23, 2018*                     FORSLUND LAW LLC

7                                      By:    */s/ Jacqueline Forslund\**
                                             JACQUELINE FORSLUND
8                                            * *By email authorization on August 23, 2018*
                                             Attorney for Plaintiff
9

10

11   Date: *August 23, 2018*                     MCGREGOR W. SCOTT
                                             United States Attorney
12
                                     By:    */s/ Michael K. Marriott*
13                                           MICHAEL K. MARRIOTT
                                             Special Assistant United States Attorney
14                                           Attorneys for Defendant

15

16   Of Counsel
     Jeffrey Chen
17   Assistant Regional Counsel
     Social Security Administration
18

19

20

21

22                                           ORDER

23

24
     IT IS SO ORDERED.
25

26       Dated:   **August 27, 2018**              /s/ *Erica P. Grosjean*
                                             _____
27                                           UNITED STATES MAGISTRATE JUDGE

28


                                           2